IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELL SMITH

      Petitioner,                    No. CIV S-07-1631 MCE EFB P

    vs.

DONOVAN CORRECTIONAL FACILITY,

      Respondent.                 ORDER

/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

      Petitioner was convicted in the Los Angeles County Superior Court and is confined in the R.J. Donovan Correctional Facility in San Diego. Although both the Central and Southern District Courts have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

////

////

1    Therefore, the court takes no action on petitioner's application to proceed *in forma*
2 *pauperis,* and this action is ORDERED transferred to the United States District Court for the
3 Central District of California.  28 U.S.C. §§ 84(c)(2); 1404(a).
4 Dated: October 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE